1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10   MALI FAHIMA,                                    )     Case No. 07cv1777 JM (CAB)
                                                      )
11               Plaintiff,                           )
                                                      )
12       v.                                           )     **ORDER GRANTING JOINT MOTION TO**
                                                      )     **EXTEND TIME FOR FILING OF**
13   PETER D. KEISLER, Acting United States)         **RESPONSIVE PLEADING**
     Attorney General; MICHAEL CHERTOFF,)
14   Secretary of the Department Of Homeland)
     Security; PAUL M.PIERRE, Acting District)
15   Director, San Diego U.S. Citizenship and)
     Immigration Services Field Office,               )
16                                                    )
                 Defendants.                          )
17   _____)

18           Having considered the parties' Joint Motion to Extend Time for Filing of Responsive Pleading

19   and finding the joint motion meritorious, the court GRANTS the motion for extension of time and

20   ORDERS under Federal Rule of Civil Procedure 6(b)(1) that the time in which Respondents shall file

21   their answer or responsive pleading in the above captioned matter is extended until December 13, 2007.

22           **IT IS SO ORDERED.**

23   DATED:  October 31, 2007

24   _____
                                     Hon. Jeffrey T. Miller
25                                   United States District Judge

26   cc:          All parties

27

28