# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALI FAHIMA,<br><br>             Plaintiff,<br>vs.<br>ALBERTO R. GONZALES, et al.,<br><br>             Defendants. | CASE NO. 07 CV 1777 JM (CAB)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS** |

Plaintiff brought this mandamus action to compel the United States Citizenship and Immigration Service ("CIS") to adjudicate her I-485 application to adjust status. On December 12, 2007, Plaintiff filed a motion to withdraw her complaint because CIS adjudicated her application. Defendants filed a noticed of non-opposition to Plaintiff's motion. Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 41(a)(2), the court construes Plaintiff's motion as a motion to dismiss and hereby **GRANTS** dismissal.[1]

**IT IS SO ORDERED.**

DATED: December 26, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties

---

[1] The court also notes that Plaintiff could have voluntarily dismissed the action without a court order under FRCP Rule 41(a)(1). Rule 41(a)(1) requires only a stipulation of dismissal signed by all parties, prior to service of an answer or motion for summary judgment.